IN THE UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

DILSHOD SIDIKOV, :
:
      Petitioner :
:
v. : CIVIL NO. 4:CV-14-334
:
MICHAEL PUGH, ET AL., : (Judge Brann)
:
      Respondents :

**ORDER**

February 27, 2014

In accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED THAT**:

    1.    Petitioner is **GRANTED** leave to proceed in forma pauperis for the sole purpose of the filing of this action with this Court.

    2.    The Clerk of Court is directed to **TRANSFER** this action to the United States District Court for the Northern District of Ohio.

    3.    The Clerk of Court is directed to **CLOSE** the case.

4. Based on the Court's conclusion, there is no basis for the issuance of a certificate of appealability.

BY THE COURT:

s/Matthew W. Brann
Matthew W. Brann
United States District Judge